1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DAVID RYAN EHA,              | Case No. CV 15-7787-AB (GJS) |
|------------------------------|------------------------------|
|    Plaintiff  |                              |
| v.                           | **JUDGMENT**                 |
| CALIFORNIA INSTITUTION FOR MEN, | |
|    Defendant. |                              |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: December 10, 2015.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE